**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALICE CREACH AND LUTHER CREACH, H/W<br><br>vs.<br><br>FASHION BUG OF WALNUTPORT, INC. d/b/a FASHION BUG; ARMO, INC.; BLACKSHIRE CONSTRUCTION, INC.; RD MANAGEMENT CORP.; ECKERD'S OF PENNSYLVANIA, INC. d/b/a ECKERD STORE NUMBER 5849 | Civil Action No. 02CV03782 (RBS) |

**REPLY OF DEFENDANT, ECKERD CORPORATION D/B/A ECKERD DRUGS, TO DEFENDANT, RD MANAGEMENT CORP.'S, NEW MATTER AND CROSS-CLAIMS**

Defendant, Eckerd Corporation d/b/a Eckerd Drugs (incorrectly designated as Eckerd's of Pennsylvania, Inc. d/b/a Eckerd Store Number 5849), by and through its attorneys, Mintzer, Sarowitz, Zeris, Ledva & Meyers, hereby replies to the defendant, RD Management Corp.'s, New Matter and Cross-Claims as follows:

95.    Answering defendant adopts and incorporates by reference its Answer to Plaintiffs' Complaint as fully as though same were set forth at length herein.

96.    Denied. The averments contained in the corresponding paragraph are conclusions of law to which no response is required. Strict proof thereof is demanded at the time of trial.

97.    Denied. The averments contained in the corresponding paragraph are conclusions of law to which no response is required. Strict proof thereof is demanded at the time of trial.

98.    Denied. The averments contained in the corresponding paragraph are conclusions of law to which no response is required. Strict proof thereof is demanded at the time of trial.

WHEREFORE, defendant, Eckerd Corporation d/b/a Eckerd Drugs, demands judgment in its favor.

MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS


BY:_____
LAWRENCE S. SAROWITZ, ESQUIRE
Attorney for Defendant(s): ECKERD CORPORATION
D/B/A ECKERD DRUGS
1528 Walnut Street, 22nd Floor
Philadelphia, PA 19102
(215) 735-7200 / File No. 3770.0024

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALICE CREACH AND LUTHER CREACH, H/W | Civil Action No. 02CV03782 (RBS) |
| vs. | |
| FASHION BUG OF WALNUTPORT, INC. d/b/a FASHION BUG; ARMO, INC.; BLACKSHIRE CONSTRUCTION, INC.; RD MANAGEMENT CORP.; ECKERD'S OF PENNSYLVANIA, INC. d/b/a ECKERD STORE NUMBER 5849 | |

**PROOF OF SERVICE**

I hereby certify that on July 22, 2002, I duly served a true and correct copy of the

foregoing REPLY OF DEFENDANT, ECKERD CORPORATION D/B/A ECKERD DRUGS,

TO DEFENDANT, RD MANAGEMENT CORP.'S, NEW MATTER AND CROSS-CLAIMS

on the following named counsel via first class mail, postage prepaid:

Shari L. Frankfurt, Esquire
KENNEDY, WALKER & LIPSKI
1818 Market Street, Suite 2510
Philadelphia, PA 19103

Richard F. Furia, Esquire
FURIA AND TURNER
1717 Rittenhouse Square
Philadelphia, PA 19103

Malissa R. Sill, Esquire
MARKS, O'NEILL, O'BRIEN & COURTNEY, PC
1880 JFK Boulevard
Suite 1200
Philadelphia, PA 19103

Daniel S. Altschuler, Esquire
POST & SCHELL
1800 John F. Kennedy Boulevard
Philadelphia, PA 19103-7480

MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS


BY:_____
LAWRENCE S. SAROWITZ, ESQUIRE
Attorney for Defendant(s): ECKERD CORPORATION
D/B/A ECKERD DRUGS (incorrectly designated as
Eckerd's of Pennsylvania, Inc. d/b/a Eckerd Store Number
5849)
1528 Walnut Street, 22nd Floor
Philadelphia, PA 19102
(215) 735-7200 / File No. 3770.0024