MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
BY:  MALISSA R. SILL, ESQUIRE
IDENTIFICATION NO. 80173
1880 JOHN F. KENNEDY BOULEVARD, SUITE 1200
PHILADELPHIA, PENNSYLVANIA  19103
(215) 564-6688

ATTORNEY FOR DEFENDANTS
FASHION BUG OF WALNUT
PORT, INC. D/B/A FASHION BUG

**Our file #  747-67279**

| | |
|---|---|
| **ALICE CREACH and LUTHER CREACH, H/W**<br>vs.<br><br>**FASHION BUG OF WALNUT PORT, INC. D/B/A FASHION BUG, et al.**<br><br>vs.<br><br>**DOLLAR TREE STORES** | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br>NO: 02-CV-03782 |

**ANSWER OF DEFENDANT, FASHION BUG OF WALNUT PORT, INC.
D/B/A FASHION BUG TO DEFENDANT, DOLLAR TREE, INC.'S JOINDER COMPLAINT
<u>AFFIRMATIVE DEFENSES</u>**

**FIRST AFFIRMATIVE DEFENSE**

14.  Denied.  The averments contained in this paragraph state conclusions of law to which no response is required.

**SECOND AFFIRMATIVE DEFENSE**

15.  Denied.  The averments contained in this paragraph state conclusions of law to which no response is required.

**THIRD AFFIRMATIVE DEFENSE**

16.  Denied.  The averments contained in this paragraph state conclusions of law to which no response is required.

**FOURTH AFFIRMATIVE DEFENSE**

17.  Denied.  The averments contained in this paragraph state conclusions of law to which no response is required.

**FIFTH AFFIRMATIVE DEFENSE**

18.  Denied.  The averments contained in this paragraph state conclusions of law to which no response

is required.

## ANSWER TO DOLLAR TREE STORES, INC'S CROSSCLAIM
## AGAINST ALL DEFENDANTS

19. Denied. The averments contained in this paragraph state conclusions of law to which no response is required.

20. Denied. The averments contained in this paragraph state conclusions of law to which no response is required.

21. Denied. The averments contained in this paragraph state conclusions of law to which no response is required.

**WHEREFORE**, Answering Defendant demands judgment in its favor on all claims and crossclaims plus interest, costs, fees and any other relief deemed reasonable under the circumstances.

                **MARKS, O'NEILL,**
                    **O'BRIEN & COURTNEY, P.C.**

BY: _____
      MALISSA R. SILL, ESQUIRE
      Attorney for Defendants,
      Fashion Bug of Walnut Port, Inc. d/b/a
      Fashion Bug, et al.

PH029512.1

## VERIFICATION

I, **MALISSA R. SILL, ESQUIRE,** hereby verify that I am the Attorney for Defendant, Fashion Bug of Walnut Port, Inc., d/b/a Fashion Bug, named herein; that I am authorized to take this Verification; and that the averments set forth herein are true and correct to the best of my knowledge, information and belief.

Further, I understand that this Verification is made subject to the penalties of 18 PA. C.S.A. §4904 relating to unsworn falsification to authorities.

_____
**MALISSA R. SILL, ESQUIRE**
**Attorney for Defendant,**
**Fashion Bug of Walnut Port, Inc. d/b/a**
**Fashion Bug**

DATE:_____

PH029512.1

## CERTIFICATE OF SERVICE

I, **Malissa R. Sill, Esquire**, hereby certify that a true and correct copy of **Defendant Fashion Bug of Walnut Port, Inc. d/b/a Fashion Bug's Answer to Defendant, Dollar Tree Stores, Inc.'s Joinder Complaint Affirmative Defenses and Crossclaim**, was served on the 2nd day of, January, 2003, by first class mail, postage prepaid, upon all parties of record.

 

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**

BY: _____
       Malissa R. Sill, Esquire
       Attorney for Defendants,
       Fashion Bug of Walnut Port, Inc. d/b/a
       Fashion Bug, et al.

PH029512.1