```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALICE CREACH and                    )
LUTHER CREACH,                      )   Civil Action
                                    )   No. 02-CV-03782
            Plaintiffs              )
                                    )
       vs.                          )
                                    )
FASHION BUG OF WALNUTPORT, INC.,    )
doing business as                   )
FASHION BUG,                        )
ARMO, INC.,                         )
BLACKSHIRE CONSTRUCTION, INC.,      )
                                    )
            Defendants              )
                                    )
       vs.                          )
                                    )
DOLLAR TREE STORES,                 )
                                    )
       Third Party Defendant        )
```

REFERRAL ORDER FOR SETTLEMENT CONFERENCE

NOW, this 1st day of April, 2003,

IT IS ORDERED that the within matter is referred to United States Magistrate Judge Arnold C. Rapoport to schedule and conduct a settlement conference between July 1 and 10, 2003.

BY THE COURT:

James Knoll Gardner
United States District Judge