IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Alice Creach, et al | : CIVIL ACTION |
| v. | : |
| Fashion Bug of Walnutport, Inc. | : No. 02-3782 |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on *Tuesday, June 3, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Case Continued from Friday, May 2, 2003

By:_____
Tashia C. Irving
Deputy Clerk
Phone:267-299-7071

Date: May 2, 2003

Copies:	Teri Lefkowith, Courtroom Deputy to Judge James Knoll Gardner
Docket Clerk - Case File

Counsel:	Richard F. Furia, Esq.
Malissa R. Sill, Esq.
Shari Lynn Frankfurt, Esq.
Daniel Seth Altschuler, Esq.
Lawrence S. Sarowitz, Esq.
David E. Breslau, Esq.

Arbitrators:	Joseph Lombardo, Esq.
Linda Berman, Esq.
Joel Kalman, Esq.

ARB2.FRM