IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALICE CREACH ET AL                              :         CIVIL ACTION
                                                :
              v.                                :
                                                :
                                                :         NO. 02-3782
FASHION BUG OF WALNUTPORT, INC. ET AL

## ORDER SUBSTITUTING AN ARBITRATOR

AND NOW, this        day of        , 2003, it is hereby

ORDERED that Joseph Lombardo, Esq. is replaced as an arbitrator on June 3, 2003, 9:30 a.m., Robert N.C. Nix Building, 9th and Market Streets, Philadelphia, PA.  It is hereby

FURTHER ORDERED that Brian Kandell, Esq. is appointed to serve as arbitrator in the above-captioned civil action at the time, date and place previously set forth.


BY THE COURT:



_____
JAMES KNOLL GARDNER, J.

ARB8 (12/82)