<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
ALICE CREACH and              )
LUTHER CREACH,                )   Civil Action
                              )   No. 02-CV-03782
          Plaintiffs          )
                              )
     vs.                      )
                              )
FASHION BUG OF WALNUTPORT, INC., )
doing business as             )
FASHION BUG,                  )
BLACKSHIRE CONSTRUCTION, INC.,)
CHARMING SHOPPES, INC.,       )
                              )
          Defendants          )
                              )
     vs.                      )
                              )
DOLLAR TREE STORES,           )
                              )
     Third Party Defendant    )
```

<u>O R D E R</u>

NOW, this 17th day of July, 2003, it appearing by letter from counsel for plaintiffs dated July 11, 2003 that the issues between plaintiffs and all defendants have been settled, and upon Order of the court pursuant to the provisions of Rule 41.1(b) of the Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania effective July 1, 1995,

<u>IT IS ORDERED</u> that this action is dismissed with prejudice, without costs.

<u>IT IS FURTHER ORDERED</u> that pursuant to Rule 41.1(b) the within dismissal Order "may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of" the within Order.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge